cacd_ecfmail@cacd.uscourts.gov
08/27/2008 08:32 AM

To InterdistrictTransfer_CASD@casd.uscourts.gov
cc
bcc
Subject Transferred case has been opened

CASE: 3:08-cv-01542

DETAILS: Case transferred from California Southern
has been opened in UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
as case 5:08-cv-01145, filed 08/25/2008.